JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BI-SEARCH INTERNATIONAL, INC., | CASE NO.: 8:15-CV-1156-AG-PLA |
| Plaintiff, | **ORDER ON JOINT STIPULATION FOR ENTRY OF *NISI* ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| MARKETPLACE INVESTORS, INC., a Massachusetts corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | |

The Court having considered the joint stipulation of Plaintiff Bi-Search International, Inc. and Defendant Marketplace Investors, Inc. (collectively the "Parties") and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.    This United States District Court for the Central District of California shall enforce the terms of the Parties' settlement as memorialized by the Settlement Agreement and Mutual Release dated January 29, 2016 ("Settlement Agreement"), the terms of which are incorporated into this Order.

2.    Dismissal of Plaintiff's claims pursuant to the Parties' stipulation with prejudice is conditioned upon the Parties' full and timely compliance with the terms of the Settlement Agreement, and will become effective on March 31,

**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR ENTRY OF NISI ORDER OF DISMISSAL**

2017, without further action of the Parties or order of this Court, unless notice and proof to the Court's satisfaction is presented showing that either Party has failed to comply with the terms of the Settlement Agreement.

3.      This Court retains jurisdiction to enforce the terms of the Settlement Agreement and this Order.

**IT IS SO ORDERED.**

February 19, 2016

Andrew J Guilford

**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR ENTRY OF NISI ORDER OF DISMISSAL**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify on this  18th day of February,   that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all counsel of record who have registered for electronic filing at their electronic addresses of record, constituting service per General Order 45, section IX.B. Per General Order 45, section IX.C.2, all others were served by U.S. Mail at their street addresses of record.

DATE: February 19, 2016              /s/*Sharon Cunningham*
                                     Sharon Cunningham

**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR ENTRY OF NISI ORDER OF DISMISSAL**